IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CHAMPION 26, LLC,                       )

                                   )

         Plaintiff,                )    TC-MD 150275C

                                   )

        v.                        )

                                   )

CLACKAMAS COUNTY ASSESSOR,    )

                                   )

        Defendant.        )    **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered February 4, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Plaintiff's oral motion to withdraw its appeal.

Plaintiff filed its Complaint on April 22, 2015, appealing the real market value of property identified as Account 05023629. A trial was scheduled for February 1, 2016. Plaintiff filed its Motion for Postponement of Trial (Motion) on January 13, 2016, requesting a postponement of the trial and exhibit exchange deadlines because Plaintiff was "in the process of engaging counsel * * *." (Mot at 1.) Defendant filed its Objection to Plaintiff's Motion for Postponement of Trial on January 13, 2016. The court denied Plaintiff's Motion in its Order issued January 15, 2016.

Magistrate Robinson held a pre-trial conference on January 29, 2016. At that conference, Plaintiff's representative, Mark Benson, informed the court and Defendant that Plaintiff no longer wished to pursue this appeal. Upon consideration, the court finds that Plaintiff's request to withdraw its appeal should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of February 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on February 24, 2016.*